UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

No. 00-7396
(CR-90-74-A, CA-97-791-AM)

United States of America,

Plaintiff - Appellee,

versus

Henry Saunders,

Defendant - Appellant.

O R D E R

The court amends its opinion filed April 16, 2001, as follows:

On the cover sheet, section 3, line 3; and on page 2, line 7 of text -- the first district court number is corrected to read "CR-90-74-A."

For the Court - By Direction

/s/ Patricia S. Connor
Clerk

**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 00-7396**

_____

UNITED STATES OF AMERICA,

                                    Plaintiff - Appellee,

        versus

HENRY SAUNDERS,

                                    Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. T.S. Ellis, III, District Judge. (CR-90-74-A, CA-97-791-AM)

_____

Submitted:  March 23, 2001          Decided:  April 16, 2001

_____

Before NIEMEYER, LUTTIG, and TRAXLER, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Henry Saunders, Appellant Pro Se.  William Neil Hammerstrom, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Henry Saunders seeks to appeal the district court's orders denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 1999) and his Fed. R. Civ. P. 59(e) motion to reconsider. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Saunders, Nos. CR-90-74-A; CA-97-791-AM (E.D. Va. June 5 and Aug. 2, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED